United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KARINA A. GARCIA CASTENADA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION: 4:26-CV-5021 |
| VS. | § | |
| | § | |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et. al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The Court has considered the Status Report filed by the United States and Finds that the Petition for Writ of Habeas Corpus previously filed by Karina A. Garcia Castenada, in now moot. Petitioner was granted the relief she sought by an Immigration Judge and has been released from custody. Petitioner's removal proceedings have been terminated. The Court, therefore, Orders that the Petition for Writ of Habeas Corpus filed in the case be dismissed.

Entered on this 10th day of November, 2026, in Houston, Texas.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE